# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 415 EAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
                v. :
:
:
:
JEROME C. SAMUELS, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.